UNITED STATES of America,
Appellee,

v.

Ivory B. MITCHELL, Jr., Appellant.

No. 05–3184.

United States Court of Appeals,
Eighth Circuit.

Submitted: Jan. 31, 2006.

Decided: Feb. 15, 2006.

Frederick James Dana, U.S. Attorney's Office, St. Louis, MO, for Plaintiff–Appellee.

Brian S. Witherspoon, Federal Public Defender's Office, St. Louis, MO, Ivory B. Mitchell, Jr., Greenville, IL, for Defendant–Appellant.

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Ivory Mitchell, Jr., pleaded guilty to escaping from custody, in violation of 18 U.S.C. § 751(a). The district court[1] determined that Mitchell was a career offender; calculated an advisory Guidelines

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District

imprisonment range of 37–46 months; denied Mitchell's motion for a downward departure; and, after considering the factors in 18 U.S.C. § 3553(a), imposed a sentence of 37 months in prison and 2 years supervised release. Mitchell appeals his sentence, arguing (1) the district court erred when it determined that the escape offense was a crime of violence and consequently that he was a career offender, and (2) his sentence is unreasonable.

We reject both arguments. Mitchell's escape conviction qualifies as a crime of violence under U.S.S.G. §§ 4B1.1(a)(2) and 4B1.2 (career-offender provisions), *see United States v. Nation,* 243 F.3d 467, 471–72 (8th Cir.2001) (walkaway escape is crime of violence under § 4B1.2), and he has not rebutted the presumption of reasonableness that attaches to his sentence, *see United States v. Lincoln,* 413 F.3d 716, 717–18 (8th Cir.) (sentence that is within Guidelines range is presumptively reasonable), *cert. denied,* —— U.S. ——, 126 S.Ct. 840, —— L.Ed.2d —— (2005).

Accordingly, we affirm.